No. 584, Misc.  MEEKS *v.* LAINSON, WARDEN.  Supreme Court of Iowa.  Certiorari denied.

No. 586, Misc.  MARNIN *v.* NEW JERSEY ET AL.  Supreme Court of New Jersey.  Certiorari denied.

No. 588, Misc.  PENNSYLVANIA EX REL. DION *v.* TEES, WARDEN.  Supreme Court of Pennsylvania, Eastern District.  Certiorari denied.

No. 593, Misc.  RATCLIFF *v.* IOWA ET AL.  Supreme Court of Iowa.  Certiorari denied.

No. 595, Misc.  MORGAN *v.* NULL ET AL.  C. A. 2d Cir. Certiorari denied.  Petitioner *pro se.  Jacob K. Javits,* Attorney General of New York, *James O. Moore, Jr.,* Solicitor General, and *Samuel A. Hirschowitz, Philip Watson* and *Daniel M. Cohen,* Assistant Attorneys General, for Null, and *Peter Campbell Brown, Seymour B. Quel* and *John A. Murray* for Sharp et al., respondents.

No. 601, Misc.  McDONALD *v.* NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied.

No. 625, Misc.  JOHNSON *v.* ILLINOIS.  Circuit Court of Will County, Illinois.  Certiorari denied.

No. 628, Misc.  CRONIN *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 629, Misc.  RANDALL *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 630, Misc.  CARRINGTON *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 633, Misc.  SPEARS *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.